CHRIS FAGG, *Appellant*, v. NORA FAGG, *Appellee*.

En Banc.

Opinion filed July 31, 1930.

Petition for Rehearing Denied September 4, 1930.

*Barnes & Rowe*, for Appellant;

*Abbott & Gaulden* and *A. A. Sefebore*, for Appellee.

PER CURIAM.—Upon consideration of the record herein it is ordered and decreed that the orders appealed from herein dated respectively March 8, 1928 and April 4, 1928, be and are hereby affirmed, and that the order appealed from herein dated August 31, 1928, awarding attorney fees, be and is hereby reversed. See In re Chris Fagg, decided at the January Term 1930.

It is so ordered.

TERRELL, C. J., and WHITFIELD, STRUM, BROWN and BUFORD, J. J., concur.

ELLIS, J., not participating.